**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| CHANDEL HOFFMAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Civil Action No. 2:22-cv-1188-BHH |
| Plaintiff, | ) ) | **JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT** |
| vs. | ) ) | |
| COURIER EXPRESS/CHARLOTTE, INC., and COURIER EXPRESS FREIGHT, INC., | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

COME NOW Chandel Hoffman ("Plaintiff") and Defendants Courier Express/Charlotte, Inc., and Courier Express Freight, Inc., by and through their undersigned attorneys, and for their Joint Motion for Approval of FLSA Settlement, do hereby state and allege as follows:

1.    Plaintiff filed suit against Defendants asserting claims for violation of the Fair Labor Standards Act (FLSA), arising out of an alleged failure by Defendants to pay proper minimum and overtime wages due.

2.    The Parties have reached an agreement to settle all claims brought in this lawsuit, including all wage and hour claims under federal, state, and common law. The Parties seek this Court's approval of their agreement as memorialized in the Settlement Agreement attached as Exhibit 1.

3.    The settlement, if approved, will result in Defendants paying to Plaintiff the amount calculated in the manner set forth in the brief filed in support of this Joint Motion and as reflected in the Settlement Agreement.

1

4.     The Parties believe the Agreement is fair, reasonable, and adequate.

5.     This Joint Motion is supported by a contemporaneously filed brief.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court grant their Joint Motion, approve the FLSA settlement reached by the Parties, dismiss the matter with prejudice, retain jurisdiction over the matter for purposes of enforcing the settlement, and for such other and further relief as this Court deems necessary, just and proper.

Respectfully submitted,

**CHANDEL HOFFMAN, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

THE LAW OFFICES OF JASON E. TAYLOR, P.C.
115 Elk Avenue
Rock Hill, South Carolina 29730
Telephone: (803) 328-0898

*/s/ Jacob J. Modla*
Jacob J. Modla
Federal Bar ID No.: 12639
jmodla@jasonetaylor.com

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Laura Edmondson
Ark. Bar No. 2021312
laura@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

2

3

**and   COURIER EXPRESS/CHARLOTTE, INC.,
and COURIER EXPRESS FREIGHT,
INC., DEFENDANTS**

BAKER, RAVENEL & BENDER, L.L.P.
3710 Landmark Drive, Suite 400
Columbia, SC 29204
Telephone: (803) 799-9091

*/s/ Catharine Griffin*
Catharine Griffin
cgriffin@brblegal.com