**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| CHANDEL HOFFMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COURIER EXPRESS/CHARLOTTE, INC., and COURIER EXPRESS FREIGHT, INC.,<br><br>Defendants. | Civil Action No. 2:22-cv-1188-BHH<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT** |

After reviewing and considering Plaintiff's and Defendants' Joint Motion for Approval of FLSA Settlement and the parties' settlement agreement, the Court finds that bona fide disputes exist, and the Court further finds that the parties' settlement agreement is a fair and reasonable resolution of the parties' disputes.

Accordingly, the Court hereby **GRANTS** the parties' joint motion (ECF No. 14). As a result, Plaintiff's claims are dismissed. The matter is dismissed without prejudice for 30 days, during which time the Court retains jurisdiction to enforce the terms of the parties' agreement. However, if no action is taken by either party within 30 days, the dismissal shall be with prejudice.

August 17, 2022
Charleston, South Carolina

s/Bruce H. Hendricks_____
United States District Judge